■ DEAN A. VAN EPPS et al., Plaintiffs, v TOWN OF VERONA, Defendant, and UNIQUE DESIGN & DEVELOPMENT, INC., Respondent. TOWN OF VERONA, Third-Party Plaintiff, v JOSEPH WOOD, Third-Party Defendant-Appellant. (Appeal No. 1.) [758 NYS2d 882] —Appeal from an order of Supreme Court, Oneida County (Parker, J.), entered January 4, 2002, which granted the motion of defendant Unique Design & Development, Inc. for summary judgment on its claim for indemnification against third-party defendant.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Pigott, Jr., P.J., Green, Wisner, Burns and Lawton, JJ.